# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**GWENDA ROGERS**                                                                                    **PLAINTIFF**

V.                              **CASE NO.: 3:09CV00085 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                                  **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Gwenda Rogers.

IT IS SO ORDERED this 13th day of May, 2010.

_____
UNITED STATES MAGISTRATE JUDGE